UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| BRENDAN T. O'CONNOR | : Case No.: 5:24-bk-02228-MJC |
| Debtor | : Chapter 13 |
| MONROE COUNTY TAX CLAIM BUREAU, | : |
| Movant | : |
| vs. | : |
| BRENDAN T. O'CONNOR, Debtor and JACK N. ZAHAROPOULOS, Trustee, | : |
| Respondents | : |

**ORDER**

Upon consideration of the Stipulation filed at Dkt. # 28 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

In the event the instant bankruptcy case is dismissed, whether voluntarily or otherwise, the Debtor shall be barred from filing any subsequent bankruptcy case under the Bankruptcy Code for a period of one (1) year from the date of dismissal. Movant, Monroe County Tax Claim Bureau, is granted relief from the automatic stay to convene and conduct an upset sale of the property located at 3429 Parker Ln., E. Stroudsburg, PA 18301 no sooner than September 1, 2025.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 23, 2024